UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 04209
    AUBREY J ROBERTSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5331

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 04/15/2006 and was confirmed 06/07/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 07/18/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 34642.01 | .00 | 4470.35 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6451.20 | 109.13 | 492.57 |
| CAVALRY PORTFOLIO SERVIC | UNSEC W/INTER | 619.04 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSEC W/INTER | 2424.39 | .00 | .00 |
| CHASE BANK USA | UNSEC W/INTER | 1022.17 | .00 | .00 |
| B-LINE LLC | UNSEC W/INTER | 1477.28 | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | 2,574.00 | | 2,574.00 |
| TOM VAUGHN | TRUSTEE | | | 370.97 |
| DEBTOR REFUND | REFUND | | | .00 |

                Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 8,017.02

PRIORITY                                      492.57
    INTEREST                                  109.13
SECURED                                     4,470.35
UNSECURED                                       .00
ADMINISTRATIVE                              2,574.00
TRUSTEE COMPENSATION                          370.97
DEBTOR REFUND                                   .00
                      ---------------      ---------------
TOTALS                 8,017.02              8,017.02

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 10/22/07                          /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE